# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MATTHEW S. CANNON**                                                  **PLAINTIFF**

v.                    **CASE NO. 4:09cv00886 BSM**

**UNION PACIFIC RAILROAD COMPANY**                        **DEFENDANT**

## ORDER OF DISMISSAL

The parties have reached a settlement and request that this case be dismissed with prejudice. This case and all claims asserted, or otherwise assertable, are hereby dismissed with prejudice.

IT IS SO ORDERED this 17th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE